## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **v.** | **NO. 18-249-9** |
| **DENNIS HARMON** | |

## ORDER RE: MOTIONS TO SUPPRESS

**AND NOW**, this 7th day of August, 2019, upon consideration of the Motions to Suppress Statements and Cellphone Evidence filed by Defendant Dennis Harmon (ECF 214, 216), and for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. The Motion to Suppress Statements filed by Defendant Harmon (ECF 214) is

   **GRANTED IN PART** and **DENIED IN PART**; and

2. The Motion to Suppress Cellphone Evidence (ECF 216) is **DENIED**.

> **BY THE COURT:**
>
> */s/ Michael M. Baylson*
>
> _____
>
> **Michael M. Baylson, U.S.D.J.**

O:\Criminal Cases\18cr249 US v West et al\18cr249-9 Order re Mots to Suppress Stmts and Cellphone Evid